# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAMUEL LEON JONES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:22-cv-00991-RDP-SGC |
| **NICK SMITH**, *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on September 28, 2022, recommending this matter be dismissed without prejudice for failure to prosecute. (Doc. # 5). Although the Report and Recommendation advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, this matter is due to be dismissed without prejudice for failure to prosecute.

A final judgment will be entered.

**DONE** and **ORDERED** this October 25, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE